UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUSHPINDER WALIA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN E. PORTER, et al.,<br><br>            Defendants. | CASE NO. C09-1188JLR<br><br>ORDER ON MOTIONS |

      Before the court are Plaintiff Pushpinder Walia's motions for reconsideration (Dkt. ## 16, 17). Ms. Walia moves for reconsideration of the court's order denying her objections to the Honorable Magistrate Judge Brian A. Tsuchida's order, (Dkt. # 13), and for reconsideration of the court's order denying, as premature, Ms. Walia's motion to exclude evidence (Dkt. # 15). The court DENIES the motions for reconsideration (Dkt. ## 16, 17).

ORDER ON MOTIONS - 1

1  Motions for reconsideration are disfavored. Local Rules W.D. Wash. CR 7(h)(1).
2  The court will ordinarily deny these motions in the absence of a showing of "manifest
3  error" in the prior ruling or a showing of "new facts or legal authority which could not
4  have been brought to its attention earlier with reasonable diligence." *Id.* Ms. Walia fails
5  to meet either criterion for granting a motion for reconsideration. Accordingly, the court
6  DENIES the motions. (Dkt. ## 16, 17.)

Dated this 4th day of November, 2009.

JAMES L. ROBART
United States District Judge

ORDER ON MOTIONS - 2