UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUSHPINDER WALIA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOHN E. PORTER, et al.,<br><br>               Defendants. | CASE NO. C09-1188JLR<br><br>ORDER STAYING CASE PENDING APPEAL |

Before the court is Plaintiff Pushpinder Walia's motion to stay case management deadlines (Dkt. # 25). Ms. Walia seeks a stay because she has appealed this court's order denying her motion for court-appointed counsel. *See Bradshaw v. Zoological Soc'y of San Diego*, 662 F.2d 1301, 1320 (9th Cir. 1981) (finding that orders denying Title VII plaintiffs appointed counsel may be appealed). Defendants filed a notice in response to Ms. Walia's motion stating that they take no position on whether to grant a stay. The court therefore GRANTS Ms. Walia's motion for a stay pending her appeal (Dkt. # 25).

ORDER STAYING CASE PENDING APPEAL - 1

The parties shall file an amended joint status report within 10 days of the Ninth Circuit's decision in Ms. Walia's appeal.

Dated this 8th day of December, 2009.

JAMES L. ROBART
United States District Judge